AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

LAURA CARMONA,

                               Plaintiff,

                                JUDGMENT IN A CIVIL CASE

                v.

MOSES LAKE COMMUNITY HEALTH CENTER,

                                CASE NUMBER: CV-10-0352-LRS

                           Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Complaint is dismissed with prejudice and without costs or attorney's fees to any party.

December 2, 2011                                        JAMES R. LARSEN
*Date*                                                      *Clerk*
                                                          s/ Pam Howard
                                                          *(By) Deputy Clerk*
                                                          Pam Howard